

**FILED**

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0038

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0038

BOWDREA NICOLAI,

Petitioner,

v.

DON BELL, Lake County Sheriff,
and BRENDON McQUILLAN,

Respondents.

O R D E R

Bowdrea Nicolai has filed a Petition for Writ of Habeas Corpus, requesting his release on his own recognizance because the bail of $50,000 is excessive. Nicolai also contends that law enforcement personnel conducted an illegal search and that it was not his "stuff" in the car. He adds that law enforcement personnel forcibly interrogated him while he was detained.

Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of his present incarceration. Section 46-22-101(1), MCA. Section 46-22-103, MCA, provides that a petitioner may raise the issue of want of bail in a habeas corpus proceeding. We point out that Nicolai has not provided any more information about his underlying case in the Lake County District Court. His other claims concerning the stop, search, and interrogation are not remedied by habeas corpus. *Gates v. Missoula Cnty. Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988).

We secured a copy of the register of actions from the District Court. The District Court received the Justice Court record on November 15, 2022, and the State moved for leave to file its charging documents, charging Nicolai with felony criminal possession of dangerous drugs with intent to distribute. The District Court granted leave and later held

an arraignment hearing on December 1, 2022. The last entry, on December 12, 2022, reveals that a second order for a jury trial was issued after substitution of the first judge.

Nicolai has a bail amount imposed. Nicolai has not demonstrated want of bail, pursuant to § 46-22-103, MCA. A district court has the discretion to grant or deny release and bail as well to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. Nicolai has counsel to represent him, and his counsel may move for bail modification. The cause of his incarceration is his pending criminal case in District Court. Nicolai has not demonstrated that he is illegally incarcerated or detained. Section 46-22-101(1), MCA. He is not entitled to release.

Nicolai should refrain from filing pleadings on his own behalf with this Court when he is represented by counsel. M. R. App. P. 10(1)(c); *State v. Samples*, 2005 MT 210, ¶ 5, 328 Mont. 242, 119 P.3d 1191. He has the remedy of appealing any conviction and sentence to this Court after the District Court issues a final judgment.

IT IS ORDERED that Nicolai's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Molly Owen, District Court Judge; Lyn Fricker, Clerk of District Court, Lake County, under Cause No. DC 22-354; Don Bell, Sheriff; Brendan McQuillan, Deputy County Attorney; Sterling Laudon, Defense Counsel; counsel of record, and Bowdrea Nicolai personally.

DATED this 31st day of January, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices